UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR

VERSUS

THE CITY OF BATON ROUGE, ET AL

CIVIL ACTION

15-153-SDD-RLB

**O R D E R**

Considering this action appears to be related to Civil Action No. 13-579-BAJ-RLB, Ernest Taylor v. The City of Baton Rouge, et al;

**IT IS ORDERED** that Civil Action No. 15-153-SDD-RLB is hereby transferred to Chief Judge Brian A. Jackson for further proceedings.

Baton Rouge, Louisiana, March 18, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**


_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**