IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-153-SDD-RLB |
| | § | |
| Defendants. | § | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT** comes, Plaintiff Ernest Taylor and respectfully requests that Terrance Joseph Donahue, Jr., of McGlynn, Glisson and Mouton be relieved of counsel, and substitute Karl Koch and Elliott Cassidy, of the Law Offices of Karl J. Koch as counsel of record in place of Terrance Joseph Donahue, Jr. and Karl J. Koch and Elliott Cassidy be noticed with all pleadings filed in this captioned matter. Plaintiff asserts that this substitution of counsel will not unduly delay the proceedings in this matter.

**WHEREFORE,** Plaintiff Ernest Taylor prays that Terrance Joseph Donahue, Jr. be relieved as counsel of record and that Karl J. Koch and Elliott Cassidy be substituted as counsel of record in place of Terrance Joseph Donahue, Jr., and that they be noticed with all pleadings and correspondence filed in this matter.

Respectfully Submitted,

S/Christopher Glisson
**Christopher Glisson**
Louisiana State Bar No. 20200
**McGLYNN, GLISSON AND MOUTON**
340 Florida Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3555
Facsimile: (225) 344-3666

S/Karl J. Koch_____
**Karl J. Koch**
Louisiana State Bar No. 17010
S/Elliott Cassidy_____
**Elliott Cassidy**
Louisiana State Bar No. 35400
**Law Offices of Karl J. Koch**
637 Saint Ferdinand Street
Baton Rouge, Louisiana 70802
Phone: (225) 2236-6215
Facsimile: (225) 246-2877

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

     I hereby certify that the forgoing Motion and Order has been filed electronically on April 22, 2015 and is available for viewing and downloading from the ECF system.  Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D)

S/Christopher Glisson_____
**Christopher Glisson**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| Plaintiff, | § § § | |
| VS. | § § | |
| THE CITY OF BATON ROUGE, ET AL. | § § | 15-153-SDD-RLB |
| Defendants. | § § | |

# **ORDER**

The above and foregoing considered,

**IT IS ORDERED** that Terrance Joseph Donahue, Jr. be respectfully relieved as counsel of record and substitute Karl J. Koch and Elliott Cassidy as counsel of record.

On this _____ day of _____ , 2015, Baton Rouge, Louisiana.

_____
**JUDGE BRIAN JACKSON**
**U.S. MIDDLE DISTRICT COURT**