UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                              NO. 3:15-CV-00153-BAJ-RLB

VERSUS

CITY OF BATON ROUGE, ET AL                    CIVIL ACTION

MEMORANDUM IN SUPPORT OF REQUEST FOR PERMISSION
TO EXCEED TWENTY PAGES

TO THE HONORABLE UNITED STATES DISTRICT CHIEF JUDGE:

Defendants desire to file a motion to dismiss plaintiff's complaint as failing to state a claim upon which relief can be granted, and an alternative motion to strike most of the allegations contained in the complaint.

The length of the complaint - some 124 pages and 700 numbered allegations, along with the fact that a great majority of the complaint is completely immaterial to the one possibly valid claim that plaintiff may have, has required more space to describe the allegations than would normally be necessary in order to discuss and explain the problems contained in the pleading.

Defendants have filed an omnibus motion pursuant to Rule 12(G) of the Federal Rules of Civil Procedure, combining a motion to dismiss and an alternative motion to strike. The memorandum that defendants desire to file in support of the motion to dismiss is 16 pages in length and that in support of the motion to strike is 17 pages in length, including signature pages in both memoranda.

Rule 7(g) of the Local Rules provide that a memorandum cannot exceed twenty pages; the Local Rules also require that a memorandum be filed in support of each motion.

Defendants submit that it would be impossible to adequately explain their position in a memorandum limited to twenty pages.  There are so many allegations in the complaint, most of which are immaterial, that much of the twenty pages is required simply to state the allegations of the complaint in order to be able to object to them, leaving inadequate space to present a reasonable argument.

Neither memorandum exceeds the twenty page limit; only if the memoranda are considered as one memorandum to an omnibus motion is the limit exceeded.   However, since Rule 12(g) of the Federal Rules of Civil Procedure can be interpreted to mean that the memoranda filed in connection with an Omnibus Motion should be considered as one memorandum and therefor subject to the twenty page limitation, defendants file this request for permission.

Defendants respectfully request that the Court permit the filing of the two memoranda which together exceed the twenty-page limit.

**BY ATTORNEYS:**
**Lea Anne Batson**
**Parish Attorney**

**/s/Frank J. Gremillion**
**Frank J. Gremillion**
**In Proper Person**
**Bar Roll #6296**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*In Proper Person*

/s/Gwendolyn K. Brown
**Gwendolyn K. Brown (#19891)**
**Senior Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for The City of Baton Rouge,*
*Carl Dabadie, Jr., James Thomas,*
*Patrick Wenneman, and Jeremiah A. Ardoin*


/s/Michael P. Schillage
**Michael P. Schillage (#35554)**
**Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Lea Anne Batson*


/s/Arthur Howell Andrews
**Arthur Howell Andrews (#2480)**
**Special Assistant Parish Attorney**
**222 St. Louis Street, Room 902**
**Baton Rouge, LA 70802**
**(225) 389-3114 - Telephone**
**(225) 389-5554 - Facsimile**
*Attorney for Lisa Freeman*


/s/Arlene C. Edwards
**Arlene C. Edwards (#5280)**
**Assistant Parish Attorney**
**9427 Bluebonnet Blvd., Suite C**
**Baton Rouge, LA   70810**
**(225) 709-9000 - Telephone**
**(225) 709-9001 - Facsimile**
*Attorney for James L. Hilburn & Mary Roper*

>/s/Jonathan Holloway, Sr.
>**Jonathan Holloway Sr. (#35554)**
>**Special Assistant Parish Attorney**
>**10500 Coursey Blvd, Suite 205**
>**Baton Rouge, LA   70816**
>**(225) 389-8730 - Telephone**
>**(225) 389-8736 - Facsimile**
>*Counsel for Tedrick Knightshead*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to attorneys for plaintiff, Karl J. Koch and Elliot Cassidy, by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 8th day of July, 2015.

>/s/Frank J. Gremillion
>Frank J. Gremillion