UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                          NO. 3:15-CV-00153-BAJ-RLB

VERSUS

CITY OF BATON ROUGE, ET AL                CIVIL ACTION

**ORDER**

**CONSIDERING** defendants' motion for permission to file memoranda in excess of the twenty page limit proscribed by Local Rule 7(g):

**IT IS ORDERED** that defendants be permitted to file the omnibus motion consisting of a motion to dismiss and alternative motion to strike, along with the memoranda attached thereto.

Baton Rouge, Louisiana this _____ day of _____, 2015.

_____
CHIEF DISTRICT JUDGE BRIAN A. JACKSON
MIDDLE DISTRICT OF LOUISIANA