UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE,                           NO.: 15-00153-BAJ-RLB
ET AL.

## ORDER

Considering Defendants' **Motion for Permission to File Memoranda Exceeding Twenty Pages (Doc. 8)**, filed by the City of Baton Rouge, Carl Dabadie, Jr., Mary E. Roper, Lisa Freeman, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann, and Jeremiah A. Ardoin:

**IT IS ORDERED** that the motion is **GRANTED**.

Baton Rouge, Louisiana, this 10th day of July, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA