UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                              NO. 3:15-CV-00153-BAJ-RLB

VERSUS

CITY OF BATON ROUGE, ET AL              CIVIL ACTION

OMNIBUS MOTION
[Rule 12(g)]
_____

MOTION TO DISMISS
AND
ALTERNATIVE MOTION TO STRIKE

The city of Baton Rouge, Carl Dabadie, Jr., Mary E. Roper, Lisa Freeman, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann, Jeremiah A. Ardoin, defendants, through their respective undersigned counsel, and Frank J. Gremillion, defendant, in proper person, respectfully file this Omnibus Motion pursuant to the provisions of Rule 12(g) of the Federal Rules of Civil Procedure.

The Omnibus Motion consists of a motion to dismiss plaintiff's complaint on the grounds that it fails to state a claim upon which relief may be rendered (Rule 12(b)(6), and an alternative motion to strike allegations of the petition that defendants submit are immaterial, impertinent, or irrelevant, all in violation of the provisions of Rule 12(f) of the Federal Rules of Civil Procedure.

Movers respectfully pray that this Omnibus Motion be allowed by the Court, and that the Court grant the motion to dismiss or, alternatively, the motion to strike.

1

Defendants respectfully request that the Court grant an extension of time in which to answer the complaint as such may be affected by the ruling of the Court on these motions.

BY ATTORNEYS:
Lea Anne Batson
Parish Attorney


/s/Frank J. Gremillion
Frank J. Gremillion
In Proper Person
Bar Roll #6296
10500 Coursey Blvd, Suite 205
Baton Rouge, LA  70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*In Proper Person*


/s/Gwendolyn K. Brown
Gwendolyn K. Brown (#19891)
Senior Special Assistant Parish Attorney
10500 Coursey Blvd, Suite 205
Baton Rouge, LA  70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*Attorney for The City of Baton Rouge,
Carl Dabadie, Jr., James Thomas,
Patrick Wenneman, & Jeremiah A. Ardoin*


/s/Michael P. Schillage
Michael P. Schillage (#35554)
Assistant Parish Attorney
10500 Coursey Blvd, Suite 205
Baton Rouge, LA  70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*Attorney for Lea Anne Batson*

/s/Arthur Howell Andrews
**Arthur Howell Andrews (#2480)**
**Special Assistant Parish Attorney**
**222 St. Louis Street, Room 902**
**Baton Rouge, LA 70802**
**(225) 389-3114 - Telephone**
**(225) 389-5554 - Facsimile**
*Attorney for Lisa Freeman*


/s/Arlene C. Edwards
**Arlene C. Edwards (#5280)**
**Assistant Parish Attorney**
**9427 Bluebonnet Blvd., Suite C**
**Baton Rouge, LA   70810**
**(225) 709-9000 - Telephone**
**(225) 709-9001 - Facsimile**
*Attorney for James L. Hilburn & Mary Roper*


/s/Jonathan Holloway, Sr.
**Jonathan Holloway Sr. (#35554)**
**Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*Counsel for Tedrick Knightshead*

3

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to plaintiff's counsel, Mr. Karl J. Koch and Mr. Elliot Cassidy, by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 8th day of July, 2015.

/s/Frank J. Gremillion
Frank J. Gremillion