UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                         CIVIL ACTION

VERSUS

CITY OF BATON ROUGE, ET AL                          NO: 3:15-CV-BAJ-RLB

## ORDER

**CONSIDERING** the foregoing Federal Rules of Civil Procedure article 12(b)(6) motion to dismiss plaintiff's complaint filed on behalf of all defendants:

**IT IS ORDERED** that defendants' motion to dismiss the complaint filed herein by plaintiff, Ernest Taylor, is hereby **GRANTED** and plaintiff's claims against the defendants be and same are hereby **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this _____ day of _____, 2015.

_____
CHIEF DISTRICT JUDGE BRIAN A. JACKSON
MIDDLE DISTRICT OF LOUISIANA