UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                              CIVIL ACTION

VERSUS

CITY OF BATON ROUGE, ET AL                    NO: 3:15-CV-BAJ-RLB

**ORDER**

**CONSIDERING** the foregoing Federal Rules of Civil Procedure Rule 12(g) motion to strike allegations in plaintiff's complaint filed on behalf of all defendants:

**IT IS ORDERED** that defendants' motion to strike allegations in the complaint filed herein by plaintiff, Ernest Taylor, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the allegations set out in paragraphs number 27 through paragraph number 163, inclusive, and those set out in paragraph number 234 through paragraph 600, inclusive, be stricken from the complaint filed herein by plaintiff, Ernest Taylor.

**IT IS FURTHER ORDERED** that defendants shall have an extension of time until the _____ day of _____, 2015, in order to answer plaintiff's complaint.

Baton Rouge, Louisiana this _____ day of _____, 2015.

_____
CHIEF DISTRICT JUDGE BRIAN A. JACKSON
MIDDLE DISTRICT OF LOUISIANA