UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE CITY OF BATON ROUGE, ET AL** | **NO.: 3:15-CV-00153-BAJ-RLB** |

**MOTION FOR LEAVE TO SUBSTITUTE CORRECTED
VERSION OF PLAINTIFF'S OPPOSITION TO
MOTION TO DISMISS AND
ALTERNATIVE MOTION TO STRIKE**

NOW BEFORE THE COURT comes Plaintiff, Ernest Taylor, by and through undersigned counsel, and moves for leave to file a corrected version of Plaintiff's Opposition to Motion to Dismiss and Alternative Motion to Strike which was mistakenly originally submitted on legal-sized paper, as set forth more fully in the accompanying memorandum filed this date. A copy of the corrected pleading on letter-sized paper is attached to this motion, along with a proposed Order.

WHEREFORE PLAINTIFF PRAYS that the Court grant leave to file a corrected version of Plaintiff's Opposition to Motion to Dismiss and Alternative Motion to Strike on letter-sized paper.

**Respectfully Submitted**,

/s/ Karl J. Koch
**KARL J KOCH (#17010)**
P.O. Box 359
Baton Rouge, LA 70821
Tel: (225) 223-6215
Fax: (225) 612-6412

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the ECF system, this 4th day of August, 2015.

                                                    /s/ Karl J. Koch