## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                          **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**            **NO.: 3:15-CV-00153-BAJ-RLB**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUBSTITUTE CORRECTED VERSION OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND ALTERNATIVE MOTION TO STRIKE

NOW BEFORE THE COURT comes Plaintiff, Ernest Taylor, by and through undersigned counsel, and submits this memorandum in support of his motion for leave to file a corrected version of Plaintiff's Opposition to Motion to Dismiss and Alternative Motion to Strike.

Plaintiff's original opposition to Defendants' Motion to Dismiss and Alternative Motion to Strike was mistakenly submitted on legal-sized paper. The Clerk has instructed undersigned counsel to file this motion seeking leave of court to substitute a corrected version of the pleading on letter-sized paper. The attached pleading is identical to the original which was filed on August 3, 2015 with the exception of the size of the paper.

Plaintiff requests that the Court grant leave to correct the original pleading as prayed for. A copy of the corrected pleading and a proposed order are attached.

**Respectfully Submitted**,


/s/ Karl J. Koch _____
**KARL J KOCH (#17010)**
P.O. Box 359
Baton Rouge, LA 70821
Tel: (225) 223-6215
Fax: (225) 612-6412


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on

all counsel of record via the ECF system, this 4th day of August, 2015.


_____ /s/ Karl J. Koch