UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                                **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**           **NO.: 3:15-CV-00153-BAJ-RLB**

## ORDER

CONSIDERING THE ABOVE AND FOREGOING, Plaintiff's motion seeking leave to file a substitute version of his Opposition to Defendants' Motion to Dismiss and Alternative Motion to Strike on letter-sized paper is GRANTED, and the Clerk of Court is directed to file the corrected pleading.

Baton Rouge, Louisiana this ____ day of August, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT