# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                       **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL.**        **NO.: 15-00153-BAJ-RLB**

## ORDER

Considering Plaintiff's **Motion for Leave to Substitute Corrected Version of Plaintiff's Opposition to Motion to Dismiss and Alternative Motion to Strike (Doc. 12)**, filed by Ernest Taylor:

**IT IS ORDERED** that the motion is **GRANTED**.

Baton Rouge, Louisiana, this 11th day of August, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**