UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                              CIVIL ACTION

VERSUS

CITY OF BATON ROUGE, ET AL                NO: 3:15-CV-00153-BAJ-RLB

MOTION
FOR PERMISSION TO FILE REPLY MEMORANDUM

City of Baton Rouge, Carl Dabadie, Jr., Mary E. Roper, Lea Anne Batson, Lisa Freeman, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann, Jeremiah A. Ardoin, defendants, through their respective undersigned counsel, and Frank J. Gremillion, defendant, in proper person, respectfully request leave to file the attached seven (7) page reply memorandum in response to plaintiff's opposition to defendants' motions to dismiss and to strike.  Plaintiff's opposition was filed on August 3, 2015.

Wherefore, defendants respectfully move the Court grant leave to permit defendants to file that reply.

BY ATTORNEYS:
Lea Anne Batson
Parish Attorney


/s/Frank J. Gremillion
Frank J. Gremillion
In Proper Person
Bar Roll #6296
10500 Coursey Blvd, Suite 205
Baton Rouge, LA   70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*In Proper Person*

/s/Gwendolyn K. Brown
Gwendolyn K. Brown (#19891)
Senior Special Assistant Parish Attorney
10500 Coursey Blvd, Suite 205
Baton Rouge, LA   70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*Attorney for The City of Baton Rouge,*
*Carl Dabadie, Jr., James Thomas,*
*Patrick Wenneman, and Jeremiah A. Ardoin*


/s/Michael P. Schillage
Michael P. Schillage (#35554)
Assistant Parish Attorney
10500 Coursey Blvd, Suite 205
Baton Rouge, LA   70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*Attorney for Lea Anne Batson*


/s/Arthur Howell Andrews
Arthur Howell Andrews (#2480)
Special Assistant Parish Attorney
222 St. Louis Street, Room 902
Baton Rouge, LA 70802
(225) 389-3114 - Telephone
(225) 389-5554 - Facsimile
*Attorney for Lisa Freeman*


/s/Arlene C. Edwards
Arlene C. Edwards (#5280)
Assistant Parish Attorney
9427 Bluebonnet Blvd., Suite C
Baton Rouge, LA   70810
(225) 709-9000 - Telephone
(225) 709-9001 - Facsimile
*Attorney for James L. Hilburn & Mary E. Roper*

/s/Jonathan Holloway, Sr.
Jonathan Holloway Sr. (#26340)
Special Assistant Parish Attorney
10500 Coursey Blvd, Suite 205
Baton Rouge, LA   70816
(225) 389-8730 - Telephone
(225) 389-8736 - Facsimile
*Attorney for Tedrick K. Knightshead*

CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to attorneys for plaintiff, Karl J. Koch and Elliot Cassidy, by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 12th day of August, 2015.

/s/Frank J. Gremillion
Frank J. Gremillion

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                            CIVIL ACTION

VERSUS

CITY OF BATON ROUGE, ET AL                  NO: 3:15-CV-00153-BAJ-RLB

ORDER

CONSIDERING the defendants' motion for leave to file a reply memorandum to plaintiff's opposition to defendants' motions to dismiss and to strike:

IT IS ORDERED THAT defendants be permitted to file the reply memorandum.

Thus Done and Signed at Baton Rouge, LA, this _____day of August 2015.

_____
CHIEF DISTRICT JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA