UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                              CIVIL ACTION

VERSUS

THE CITY OF BATON ROUGE,                                      NO.: 15-00153-BAJ-RLB
ET AL.

## ORDER

Considering Defendants' **Motion for Permission to File Reply Memorandum (Doc. 14)**, filed by the City of Baton Rouge, Carl Dabadie, Jr., Mary E. Roper, Lea Anne Batson, Lisa Freeman, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann, Jeremiah A. Ardoin:

**IT IS ORDERED** that the motion is **GRANTED**.

Baton Rouge, Louisiana, this 19th day of August, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**