# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                                 **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**                 **NO.: 3:15-CV-00153-BAJ-RLB**

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW BEFORE THE COURT comes Plaintiff, Ernest Taylor, by and through undersigned counsel, and as directed by the Court, moves to amend the Complaint in this matter, removing certain defendants, claims, and allegations from the Complaint and modifying the Complaint in other respects.  The Amended Complaint is attached.

WHEREFORE, PLAINTIFF PRAYS that the attached Amended Complaint be filed and that the original Complaint be withdrawn.

**Respectfully Submitted**,


/s/ Karl J. Koch
**KARL J KOCH (#17010)**
P.O. Box 359
Baton Rouge, LA 70821
Tel: (225) 223-6215
Fax: (225) 612-6412


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the ECF system, this 8th day of September, 2015.


/s/ Karl J. Koch