UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE CITY OF BATON ROUGE, ET AL** | **NO.: 3:15-CV-00153-BAJ-RLB** |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING, it is ORDERED that Plaintiff's Motion to Amend Complaint is granted, and that the proposed Amended Complaint be filed and the original Complaint be withdrawn.

Baton Rouge, Louisiana this ___ day of September, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT