# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNEST TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-153-BAJ-RLB** |
| **THE CITY OF BATON ROUGE, ET AL** | |

## ORDER

This matter is before the court on an Order setting a scheduling conference for **October 8, 2015 at 10:15 a.m.**  A status report was due on October 1, 2015.  A joint status report was to have been prepared, signed and filed by the plaintiff.  As of this date, the plaintiff has not filed the status report, therefore;

**IT IS ORDERED** that the scheduling conference set for **October 8, 2015** is hereby **RESET** for **October 29, 2015 at 10:15 a.m.**  The joint status report is to be filed into the record <u>no later</u> than **October 22, 2015.**

Furthermore, after reviewing the record, **IT IS ORDERED** that on or before **October 23, 2015**, plaintiff shall show cause, **in writing**, why sanctions should not be imposed against counsel for plaintiff, Christopher D. Glisson, Elliott C. Cassidy and Karl J. Koch, for counsels' failure to file the status report as directed.  If the status report is filed into the record by **October 22, 2015**, then no response is due from plaintiff to this order to show cause.

Signed in Baton Rouge, Louisiana, on October 6, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**