UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                                        **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**             **NO. 3:15-CV-00153-BAJ-RLB**

**MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF**

NOW BEFORE THE COURT comes Plaintiff, Ernest Taylor, and moves as follows:

1.

Plaintiff is presently represented in this matter by attorneys Karl J. Koch, Christopher D. Glisson, and Elliott C. Cassidy.  Plaintiff wishes to allow his present counsel to withdraw and to substitute as his attorney Mr. Terrence J. Donahue, Jr.

2.

Plaintiff therefore moves to substitute counsel, relieving attorneys Karl J. Koch, Christopher D. Glisson, and Elliott C. Cassidy and enrolling attorney Terrence J. Donahue, Jr.

3.

Mr. Donahue has participated in this matter and is fully familiar with these proceedings, and his substitution as counsel for the Plaintiff will not delay these proceedings or prejudice any party.

WHEREFORE PLAINTIFF PRAYS that this Honorable Court grant his motion to substitute counsel, allowing attorney Terrence J. Donahue, Jr. to enroll as counsel for the Plaintiff, and allowing attorneys Christopher D. Glisson, Elliott C. Cassidy, and Karl J. Koch to withdraw as his counsel in this matter.

Respectfully Submitted:

| /s/ Elliott C. Cassidy | /s/ Karl J. Koch |
|---|---|
| ELLIOTT C. CASSIDY, #35400 | KARL J. KOCH, #17010 |
| ATTORNEY AT LAW | KOCH LAW FIRM |
| P.O. Box 1445 | P.O. Box 359 |
| Jennings, LA 70546 | Baton Rouge, LA 70821 |
| Telephone: (337) 824-1591 | Telephone: (225) 223-6215 |
| Facsimile: (337) 824-1254 | Facsimile: (225) 246-2877 |
| | Email: karl@kochlawyer.com |

|  |  |
|---|---|
|    s/ Terrence J. Donahue, Jr.    |    /s/ Christopher D. Glisson    |
| TERRENCE J. DONAHUE, JR. # 32126 | CHRISTOPHER D. GLISSON #20200 |
| Donahue Law Firm | McGLYNN, GLISSON & MOUTON |
| P.O. Box 41017 | 340 Florida Street |
| Baton Rouge, Louisiana 70835 | Baton Rouge, LA 70802 |
| Telephone: (225) 939-9104 | Telephone: (225) 344-3555 |
| Email: tjdonahuejr@gmail.com | Email: chris@mcglynnglisson.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record via the court's Electronic Filing System, this 22nd day of October, 2015.

   /s/ Karl J. Koch