UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                                    **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**          **NO.: 13:15-CV-00153-BAJ-RLB**

## ORDER

Considering the foregoing *Motion to Substitute Counsel for Plaintiff*;

IT IS ORDERED that Terrence J. Donahue, Jr. be allowed to enroll and that Christopher D. Glisson, Elliott C. Cassidy, and Karl J. Koch be permitted to withdraw as counsel of record for Plaintiff Ernest Taylor.

Baton Rouge, Louisiana this ___ day of _____, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT