IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| Plaintiff, | § | |
| VS. | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| Defendants. | § | |

**MOTION TO WITHDRAW PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ernest Taylor, who respectfully moves this Court to withdraw Plaintiff's Motion to Amend Complaint [Doc. 18], filed on September 9, 2015, for those reasons set forth in the attached Memorandum in Support.

WHEREFORE, Plaintiff, Ernest Taylor prays that this withdraw Plaintiff's Motion to Amend Complaint, appearing at Docket Entry No. 18, and allow Plaintiff's Original Complaint to serve as the operative pleading in this suit.

Respectfully submitted,

s/ Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
Donahue Law Firm
P.O. Box 41017
Baton Rouge, Louisiana 70835
(225) 939-9104
Bar Roll No.: 32126

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was filed electronically on October 30, 2015,

1

using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.