## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| | § | |
| Defendants. | § | |

## **ORDER**

Considering the foregoing Motion to Withdraw Plaintiff's Motion to Amend Complaint [Doc. 18],

**IT IS ORDERED** that Plaintiff's Motion to Amend Complaint [Doc. 18] is hereby withdrawn, and Plaintiff's Original Complaint shall serve as the operative pleading in this case.

Baton Rouge, Louisiana, this _____ day of _____, 2015

_____
JUDGE, UNITED STATES DISTRICT COURT