UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**             **CIVIL ACTION**

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL**      **NO. 15-153-BAJ-RLB**

### ORDER

A scheduling conference was held on **December 14, 2015**.

    **PRESENT:**     **Terrence J. Donahue, Jr.**
                       Counsel for plaintiff

                       **Michael P. Schillage**
                       Counsel for defendant,
                       Lea Anne Batson

                       **Frank J. Gremillion**
                       Special Assistant Parish Attorney

                       **Jonathan Holloway, Sr.**
                       Special Assistant Parish Attorney

All defendants were represented at the conference by Frank J. Gremillion, Michael P. Schillage and Jonathan Holloway, Sr. in accordance with the letter attached to this order.

**The deadlines established below are based on discussions with the parties and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

     1.     The deadline for amending the complaint or adding new parties, claims, counterclaims, or cross-claims is **February 29, 2016.**

C:cv32a; T: 00:30

JURY

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **January 19, 2016.**

   b. **Filing** all discovery motions and **completing** all discovery except experts: **June 30, 2016.**

   **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

   c. Disclosure of identities and resumés of experts:

      **Plaintiff(s):**    **July 29, 2016.**

      **Defendant(s):**    **August 31, 2016.**

   d. Expert reports must be submitted to opposing parties as follows:

      **Plaintiff(s):**    **August 31, 2016.**

      **Defendant(s):**    **September 30, 2016.**

   e. Discovery from experts must be completed by **October 31, 2016.**

3. Deadline to file dispositive motions and Daubert motions: **November 30, 2016.**

4. Deadline to file pre-trial order: **March 22, 2017.**[1]

5. Deadline to file motions in limine: **April 21, 2017.**

6. Deadline to file responses to motions in limine: **May 12, 2017.**

7. Deadline to file an affidavit of settlement efforts: **May 12, 2017.**

8. Pre-trial conference date: **April 20, 2017 at 2:00 p.m.** in the chambers of the Honorable Brian A. Jackson.

---

[1] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

9. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **June 23, 2017.**

   **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

10. A **3-day jury trial** is scheduled for **8:30 a.m. beginning on July 10, 2017 in Courtroom 2.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.uscourts.lamd.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on December 14, 2015.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

C:cv32a; T: 00:30

# OFFICE OF THE PARISH ATTORNEY



**LEA ANNE BATSON**
Parish Attorney

222 St. Louis Street
P.O. Box 1471
Baton Rouge, Louisiana 70821

(225) 389-3114 Telephone
(225) 389-8736 Fax

**LITIGATION DIVISION**
*Special Assistant Parish Attorneys:*

Howell Andrews
Gwendolyn K. Brown
Arlene C. Edwards
Frank J. Gremillion
Jonathan Holloway, Sr.
Tedrick K. Knightshead
Michael P. Schillage

WRITER'S E-MAIL ADDRESS: fgremillion@brgov.com

December 2, 2015

**VIA FAX ONLY TO 389-3603**
Magistrate Judge Richard Bourgeois, Jr.
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 Florida Blvd., Suite 278
Baton Rouge, LA 70801

    Re:    *Ernest Taylor v. The City of Baton Rouge, et al*
            *Civil Action No.: 3:15-cv-00153-SDD-RLB*
            *United States District Court – Middle District of Louisiana*

Dear Judge Bourgeois:

    We respectfully request the Court's permission to waive the appearance at the Scheduling Conference scheduled for December 14, 2015, at 1:30 p.m., of the following attorneys: Mr. Howell Andrews, attorney for Ms. Lisa Freeman; Ms. Gwendolyn K. Brown, attorney for the City of Baton Rouge, Carl Dabadie, Jr., James Thomas, Patrick Wenneman, and Jeremiah A. Ardoin; Ms. Arlene Edwards, attorney for Mr. James L. Hilburn and Ms. Mary Roper; and, Mr. Jonathan Holloway, Sr., Attorney for Mr. Tedrick Knightshead. All parties will be represented at the Scheduling Conference by undersigned and by Mr. Michael P. Schillage, who have complete authority to enter into stipulations and chose various scheduling dates.

                                                  Cordially,

                                                  Frank J. Gremillion
                                                  Special Assistant Parish Attorney

FJG:md