IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| Plaintiff, | § § § | |
| VS. | § § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| Defendants. | § § | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ernest Taylor, who respectfully moves this Court for an order granting Plaintiff leave to file his First Amended Complaint for those reasons set forth in the attached Memorandum in Support. A copy of the proposed Amended Complaint is submitted concurrently herewith.

WHEREFORE, Plaintiff, Ernest Taylor prays that this Court grant him leave to file his First Amended Complaint.

Respectfully submitted,

s/ Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
DONAHUE LAW FIRM
P.O. Box 41017
Baton Rouge, Louisiana 70835
Phone: (225) 939-9104
Fax:    (225) 612-6430
tjdonahuejr@gmail.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 26, 2016 and February 29, 2016, I attempted to confer with opposing counsel regarding the relief requested in this Motion.  In response, counsel for (1) the City of Baton Rouge, (2) Officer James Thomas, (3) Corporal Patrick Wennemann, (4) Officer Jeremiah Ardoin, (5) Frank Gremillion, (6) Mary Roper, and (7) James L. Hilburn indicated their intent to oppose the present Motion.  While counsel for the remaining Defendants did not provide their position on the relief requested by Plaintiff, Special Assistant Parish Attorney Gwendolyn K. Brown represented that she had spoken to all defense counsel, who likewise stated their intention to oppose Plaintiff's Motion.

   s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was filed electronically on February 29, 2016, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.