**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| | § | |
| Defendants. | § | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**I.      INTRODUCTION**

In accordance with the deadlines appearing within the Scheduling Order issued by the Court, and for the reasons set forth below, Plaintiff respectfully requests that the Court grant him leave to file his First Amended Complaint.

**II.      PROCEDURAL HISTORY**

Plaintiff filed the Original Complaint in this matter on March 13, 2015, seeking relief for damages he sustained as a result of two unlawful arrests occurring in 2012 and 2014. [Doc. 1]. Subsequently, Defendants moved to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12, or in the alternative, to strike certain allegations appearing in Plaintiff's Complaint, citing various provisions of the Federal Rules of Civil Procedure. [Doc. 10]. After first responding to the Motions to Dismiss/Strike filed by Defendants, Plaintiff filed a Motion to Amend the Complaint, removing numerous allegations that appeared in the Complaint as originally filed. [Doc. 18]. As the proposed amended complaint omitted allegations vital to Plaintiff's claims, Plaintiff thereafter requested withdrawal of the initial request to amend his Original Complaint. [Doc. 24].

On December 14, 2015 the Court held a scheduling conference between the parties, after

which it entered a Scheduling Order setting February 29, 2016 as the deadline for Plaintiff to amend the Complaint in this suit. [Doc. 25]. The Court has not yet ruled on Defendants' Motion to Dismiss/Strike [Doc. 10]; Plaintiff's [First] Motion to Amend the Complaint [Doc. 18]; or Plaintiff's Motion to Withdraw the [First] Motion to Amend the Complaint [Doc. 24]. Pursuant to the Scheduling Order, and for the reasons set forth below, Plaintiff now respectfully requests that he be permitted to amend his Original Complaint.

## III.     LAW AND ARGUMENT

Fed. R. Civ. P. 15(a)(2) provides that amendment to a plaintiff's complaint requested more than twenty-one (21) days after service of the complaint or a motion to dismiss pursuant to Fed. R. Civ. P. 12 should be made "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2) further provides that "[t]he court should freely give leave when justice so requires."

In the time since the Court issued its Scheduling Order, the parties have engaged in preliminary discovery, and the names of the individuals currently identified as Jane Doe and John Doe #1 - #4 in Plaintiff's Original Complaint have been added to the proposed amended pleading. In addition, Plaintiff has attempted to address certain arguments appearing in Defendants' previously filed Motion to Dismiss/Strike by eliminating some of the detail contained within the Original Complaint.

## IV.     CONCLUSION

For those reasons appearing above, Plaintiff respectfully requests that the Court grant him leave to file his First Amended Complaint.

Respectfully submitted,

2

s/  Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
DONAHUE LAW FIRM
P.O. Box 41017
Baton Rouge, Louisiana 70835
Phone: (225) 939-9104
Fax:     (225) 612-6430
tjdonahuejr@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was filed electronically on February 29, 2016, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record, satisfying the service requirements of Fed. R. Civ. P. 5.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.

3