# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| Plaintiff, | § § § | |
| VS. | § § | |
| THE CITY OF BATON ROUGE, ET AL. | § § | NO. 15-00153-BAJ-RLB |
| Defendants. | § § | |

## [PROPOSED] ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint filed by Plaintiff,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint is hereby GRANTED. The Clerk shall designate the Proposed First Amended Complaint as the operative pleading in this matter, and Plaintiff shall submit summonses to the Clerk for those individuals previously identified as "Doe" defendants in Plaintiff's Original Complaint.

Baton Rouge, Louisiana, this _____ day of _____, 2016

_____
JUDGE, UNITED STATES DISTRICT COURT