UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                      CIVIL ACTION

**VERSUS**

**THE CITY OF BATON ROUGE, ET AL.**        NO.: 15-00153-BAJ-RLB

## ORDER

IT IS ORDERED that **Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 26)** is **GRANTED**.

IT IS FURTHER ORDERED that **Plaintiff's Motion to Amend Complaint (Doc. 18)** and **Motion to Withdraw Plaintiff's Motion to Amend Complaint (Doc. 24)** are **DENIED** as moot.

IT IS FURTHER ORDERED that **Defendants' Omnibus Motion [Rule 12(g)] – Motion to Dismiss and Alternative Motion to Strike (Doc. 10)** is **DENIED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 7th day of March, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**