UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                        **CIVIL ACTION**

**VERSUS**                                               **NO.: 3:15-cv-00153-SDD-RLB**

**THE CITY OF BATON ROUGE, ET AL**

MEMORANDUM IN SUPPORT OF JOINT EX PARTE MOTION
FOR AN EXTENSION OF TIME TO FILE AN ANSWER TO AMENDED
COMPLAINT

Defendants, the city of Baton Rouge, Carl Dabadie, Jr., Mary Roper, Lea Anne Batson, Lisa Freeman, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann, Jeremiah A. Ardoin, through their respective undersigned counsel, and Frank Gremillion in proper person, (collectively defendants), respectfully request a fourteen (14) day extension of time pursuant to Local Civil Rule 7(a) to file an answer to the plaintiff's amended complaint (Doc. #30) for the following reasons.

Defendants were served with the plaintiff's amended complaint on March 8, 2016, which includes over six hundred paragraphs and names four new defendants. Plaintiff's amended complaint contains new factual allegations that will require further investigation. Defendants need additional time to obtain the information necessary to properly respond to the plaintiff's amended complaint. Undersigned counsel has contacted counsel for the plaintiff who has no opposition to the extension being granted. Defendants have not sought a previous extension of time to file this responsive pleading.

1

**BY ATTORNEYS:**
**Lea Anne Batson**
**Parish Attorney**

**/s/Frank J. Gremillion**
**Frank J. Gremillion**
**In Proper Person**
**Bar Roll #6296**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*In Proper Person*

**/s/Gwendolyn K. Brown**
**Gwendolyn K. Brown (#19891)**
**Senior Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for The City of Baton Rouge,*
*Carl Dabadie, Jr., James Thomas,*
*Patrick Wenneman, and Jeremiah A. Ardoin*


**/s/Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*Attorney for Lea Anne Batson*

/s/Arthur Howell Andrews
**Arthur Howell Andrews (#2480)**
**Special Assistant Parish Attorney**
**222 St. Louis Street, Room 902**
**Baton Rouge, LA 70802**
**(225) 389-3114 - Telephone**
**(225) 389-5554 - Facsimile**
*Attorney for Lisa Freeman*


/s/Arlene C. Edwards
**Arlene C. Edwards (#5280)**
**Assistant Parish Attorney**
**9427 Bluebonnet Blvd., Suite C**
**Baton Rouge, LA   70810**
**(225) 709-9000 - Telephone**
**(225) 709-9001 - Facsimile**
*Attorney for James L. Hilburn & Mary Roper*


/s/Jonathan Holloway, Sr.
**Jonathan Holloway Sr. (#35554)**
**Special Assistant Parish Attorney**
**10500 Coursey Blvd, Suite 205**
**Baton Rouge, LA   70816**
**(225) 389-8730 - Telephone**
**(225) 389-8736 - Facsimile**
*Counsel for Tedrick Knightshead*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing pleading was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to plaintiff's counsel, Mr. Terrence J. Donahue, Jr., by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 18th day of March, 2016.

    **\s\Gwendolyn K Brown**
    **Gwendolyn K. Brown**