AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | | |
|---|---|---|
| Ernest Taylor | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00153-BAJ-RLB |
| Marlon Harris, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marlon Harris
9000 Airline Hwy.
Baton Rouge, LA 70815

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terrence J. Donahue, Jr.
P.O. Box 41017
Baton Rouge, LA 70835

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date: April 13, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00153-BAJ-RLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Marlon Harris__

was received by me on *(date)* __4/13/2016__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* A copy of the summons and complaint were placed with the USPS for delivery to Marlon Harris at 1313 Hillside Dr., Tarpon Springs, FL 34689, and were signed for and received by Mr. Harris on June 4, 2016. *See* Delivery Letter, attached. Service was thus effected in compliance with Fed. R. Civ. P. 4(e)(1) by virtue of La. R.S. 13:3201 and La. R.S. 13:3204.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: **June 7, 2016**

*Server's signature*

**Terrence J. Donahue, Jr., Attorney**
*Printed name and title*

**P.O. Box 41017, Baton Rouge, LA 70835**
*Server's address*

Additional information regarding attempted service, etc: