Date: June 5, 2016

Terrence Donahue:

The following is in response to your June 5, 2016 request for delivery information on your Priority Mail Express® item number EF081381219US.  The delivery record shows that this item was delivered on June 4, 2016 at 12:41 pm in TARPON SPRINGS, FL  34689 to M HARRIS. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service