## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiff, Ernest Taylor and

Defendants the City of Baton Rouge, Carl Dabadie, Jr., Mary E. Roper, Lea Anne Batson, Lisa Freeman,

Frank J. Gremillion, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann,

Jeremiah Ardoin, Karole Muller, Theodore Smith, Brett Delcambre, and Kama Russell who respectfully

move this Court pursuant to Fed. R. Civ. P 16(b)(4) and L.R. 16(a)(3) of the Middle District of Louisiana

for an order amending the Scheduling Order issued in this case.  The parties request amendment of the

Scheduling Order for the reasons set forth in the attached Memorandum in Support.  A copy of the

Amended Scheduling Order proposed by the parties is submitted concurrently herewith.

WHEREFORE, Plaintiff and Defendants pray that this Court grant this Motion to Amend

Scheduling Order and amend the Scheduling Order in this case

Respectfully submitted,

s/  Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
DONAHUE LAW FIRM
P.O. Box 41017
Baton Rouge, Louisiana 70835
Phone: (225) 939-9104
Fax:    (225) 612-6430
tjdonahuejr@gmail.com

**CERTIFICATE OF CONFERENCE**

Beginning on June 7, 2016 I conferred with counsel for the above-named Defendants, each of whom indicated on June 14, 2016 that they wished to join in the request to amend the Scheduling Order in this case.  Defendant Marlon Harris has only recently been served, and has not yet entered an appearance or answered Plaintiff's First Amended Complaint.  Prior to filing, a copy of this Motion, along with attachments, was sent by First Class Mail to Mr. Harris.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion was filed electronically on June 14, 2016, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record.  Also on this day, a copy of the foregoing Motion was placed with the U.S. Postal Service, postage pre-paid, to Marlon Harris, 1313 Hillside Drive, Tarpon Springs, Florida 34689.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.

2