**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| | § | |
| Defendants. | § | |

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO AMEND SCHEDULING ORDER**

**I.     INTRODUCTION**

Plaintiff, Ernest Taylor, and Defendants the City of Baton Rouge, Carl Dabadie, Jr., Mary E. Roper, Lea Anne Batson, Lisa Freeman, Frank J. Gremillion, James L. Hilburn, Tedrick K. Knightshead, James Thomas, Patrick Wennemann, Jeremiah Ardoin, Karole Muller, Theodore Smith, Brett Delcambre, and Kama Russell request an amendment to the Scheduling Order issued in this case, [Doc. 25], in order to allow additional time to complete discovery.  As set forth below, the amendment proposed will have no effect on the currently scheduled deadlines for motion practice or trial.

**II.     PROCEDURAL HISTORY**

Plaintiff filed his original complaint in this suit on March 13, 2015.  [Doc. 1].  On February 29, 2016, the Court entered a Scheduling Order in this case setting numerous deadlines, including a deadline of June 30, 2016 for the completion of fact discovery.  [Doc. 25].  On March 8, 2016, Plaintiff filed his First Amended Complaint, naming five additional defendants that had previously been designated as "John Doe" or "Jane Doe."  [Doc. 30].  Four of the newly-added defendants waived service on May 19, 2016, and have until July 5, 2016 to answer Plaintiff's First Amended Complaint.  [Doc. 36].  Service was obtained on the fifth newly-added defendant on June 4, 2016, setting this defendant's deadline to

answer Plaintiff's First Amended Complaint as June 27, 2016.  [Doc. 37].

**III.    LAW AND ARGUMENT**

Fed. R. Civ. P. 16(b)(4) provides for the amendment of a scheduling order where there exists good cause for making the amendment.  Such good cause is present in this case as new parties have recently been served, and maintaining the current discovery deadline would preclude any discovery to or on behalf of these individuals.  Furthermore, while the individuals who have been party to this matter since its inception have been diligently engaged in discovery, there are numerous depositions requested by both Plaintiff and Defendants that remain to be conducted.  Extension of the current discovery deadline will afford all parties increased flexibility in scheduling and conducting the remaining discovery in this case.

As a result, the parties request that the Scheduling Order be amended to extend the deadlines relating to both fact and expert discovery in the following manner:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Discovery due by: | 6/30/2016 | 8/19/2016 |
| Plaintiff's Expert Witness List due by: | 7/29/2016 | 9/2/2016 |
| Defendants' Expert Witness List due by: | 8/31/2016 | 9/30/2016 |
| Plaintiff's Expert Reports due by: | 8/31/2106 | 9/30/2016 |
| Defendants' Expert Reports due by: | 9/30/2016 | 10/28/2016 |
| Discovery from Experts due by: | 10/31/2016 | 11/25/2016 |

No further amendment to the Scheduling Order is requested, and all other deadlines appearing in the current Scheduling Order, [Doc. 25], shall remain unchanged.

**IV.    CONCLUSION**

2

For those reasons appearing above, Plaintiff and Defendants respectfully request that the Court amend the Scheduling Order in this case as set forth above.

Respectfully submitted,

s/  Terrence J. Donahue, Jr.
**TERRENCE J. DONAHUE, JR.**
DONAHUE LAW FIRM
P.O. Box 41017
Baton Rouge, Louisiana 70835
Phone: (225) 939-9104
Fax:    (225) 612-6430
tjdonahuejr@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that, beginning on June 7, 2016 I conferred with counsel for the above-named Defendants, each of whom indicated on June 14, 2016 that they wished to join in the request to amend the Scheduling Order in this case.  Defendant Marlon Harris has only recently been served, and has not yet entered an appearance or answered Plaintiff's First Amended Complaint.  Prior to filing, a copy of this Motion, along with attachments, was sent by First Class Mail to Mr. Harris.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed electronically on June 14, 2016, using the Court's CM/ECF system, which generated a Notice of Electronic Filing to all counsel of record.  Also on this day, a copy of the foregoing Motion was placed with the U.S. Postal Service, postage pre-paid, to Marlon Harris, 1313 Hillside Drive, Tarpon Springs, Florida 34689.

s/ Terrence J. Donahue, Jr.
Terrence J. Donahue, Jr.

3