# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERNEST TAYLOR | § | CIVIL ACTION |
| Plaintiff, | § | |
| VS. | § | |
| THE CITY OF BATON ROUGE, ET AL. | § | NO. 15-00153-BAJ-RLB |
| Defendants. | § | |

## [PROPOSED] AMENDED SCHEDULING ORDER

IT IS HEREBY ORDERED that the Scheduling Order in the above-captioned case, [Doc. 25], is hereby amended as follows:

| | |
|---|---|
| **Discovery due by:** | **8/19/2016** |
| **Plaintiff's Expert Witness List due by:** | **9/2/2016** |
| **Defendants' Expert Witness List due by:** | **9/30/2016** |
| **Plaintiff's Expert Reports due by:** | **9/30/2016** |
| **Defendants' Expert Reports due by:** | **10/28/2016** |
| **Discovery from Experts due by:** | **11/25/2016** |

All other deadlines appearing in the original Scheduling Order shall remain in effect.

Baton Rouge, Louisiana, this _____ day of _____, 2016

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE