UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERNEST TAYLOR                                                        CIVIL ACTION

VERSUS

NO. 15-153-BAJ-RLB

THE CITY OF BATON ROUGE, ET AL.

## AMENDED SCHEDULING ORDER

Considering the parties' Joint Motion to Amend Scheduling Order (R. Doc. 38), and for good cause shown, **IT IS ORDERED** that the Joint Motion is **GRANTED**. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. Discovery must be completed as follows:

    a. **Filing** all discovery motions and **completing** all discovery except experts: **August 19, 2016.**

    b. Disclosure of identities and resumés of experts:

        Plaintiff(s):       September 2, 2016.

        Defendant(s):   September 30, 2016.

    c. Expert reports must be submitted to opposing parties as follows:

        Plaintiff(s):       September 30, 2016.

        Defendant(s):   October 28, 2016.

    d. Discovery from experts must be completed by **November 25, 2016.**

All other deadlines appearing in the original Scheduling Order (R. Doc. 25), including the deadline to file dispositive motions and Daubert motions by **November 30, 2016**, remain in effect.

Signed in Baton Rouge, Louisiana, on June 15, 2016.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE