UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNEST TAYLOR**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 15-153-BAJ-RLB**

**CITY OF BATON ROUGE, et al.**

---

A telephone status conference was held on July 15, 2016 at 4:30 p.m. before Magistrate Judge Richard L. Bourgeois, Jr.  The following attorneys were **PRESENT:**

| | |
|---|---|
| **Terrance Donahue** | **Gwendolyn Brown** |
| Counsel for Plaintiff | **Michael Schillage** |
| | **Jonathon Holloway** |
| | Counsel for Defendants |

The parties discussed the current status of the case, including their ongoing efforts to complete discovery.  Consistent with the parties' agreements and representations made during the conference,

**IT IS ORDERED** that Defendants are **GRANTED** a 14-day extension until July 29, 2016 to respond to Plaintiff's written discovery requests. According to the parties, Defendants' responses were previously due today, July 15, 2016.

The parties also agreed, with the Court's consent, that Defendant Carl Dabadie's July 21, 2016 deposition will be rescheduled.  The parties are ordered to confer and reschedule Defendant Dabadie's deposition to take place during the week of August 1, 2016.

C: cv38a; T: 00:15